

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Savills Inc., | Civil Action No. 20-cv-0904-MMA-BLM |
| **Plaintiff,** | |
| V. | |
| Christopher Musgjerd, an individual, and Robert Mcgriff, an individual, | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Respondent Musgjerd's motion to dismiss the Petition and declines to rule on Petitioner's motion.

Date:   7/30/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ T. Ferris
T. Ferris, Deputy